THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GARDNER, Respondent, *v.* SUPREME COURT OF THE INDEPENDENT ORDER OF FORESTERS, Appellant.

*People ex rel. Gardner* v. *Supreme Court Ind. Order of Foresters,* 112 App. Div. 906, affirmed.
(Argued January 17, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1906, which affirmed a judgment of Special Term directing the issuance of a peremptory writ of mandamus to compel the defendant to reinstate the relator as a member in good standing of the Independent Order of Foresters.

*John P. Kellas* for appellant.

*Ellsworth C. Lawrence* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.